Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–29390–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joyce Chambers
   100 Irick Road
   Westampton, NJ 08060

Social Security No.:
   xxx–xx–2426

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 8, 2014.

On 07/21/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                September 7, 2016
Time:                10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 25, 2016
JJW: vpm

                                                                               James J. Waldron
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-29390-CMG
Joyce Chambers                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2           Date Rcvd: Jul 25, 2016
                            Form ID: 185             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2016.
```
db             +Joyce Chambers,    100 Irick Road,    Westampton, NJ 08060-3780
cr             +BMW Bank of North America,    Ascension Capital Group, Inc.,    PO Box 201347,
                 Arlington, TX 76006-1347
515061983       American Expess,    PO Box 981537,    El Paso, TX 79998-1537
515178785       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515061984      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998-2235)
515137904      +BMW Bank of North America,    PO Box 23356,    Pittsburgh, PA 15222-6356
515311773      +BMW Bank of North America,    P.O. Box 201347,    Arlington, TX 76006-1347
515061986       BMW Group Financial,    PO Box 3608,    Dublin, OH 43016-0306
515061985      +Barclays Bank DE,    PO Box 8803,    Wilmington, DE 19899-8803
515061987       Cenlar Federal Savings,    425 Phillips Blvd,    Ewing, NJ 08618-1430
515061988       Comenity HSN,    PO Box 182120,    Columbus, OH 43218-2120
515272595       ECAST SETTLEMENT CORPORATION, ASSIGNEE,     OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
515082058      +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515284427      +Police & Firemens Retirement System Board of Trust,     & Mortgage Finance Agency,    Cenlar FSB,
                 425 Phillips Boulevard,    Ewing, NJ 08618-1430
515061992      +Sears CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
515061993       Universal  CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
515061994       Wells Fargo,    PO Box 14517,    Des Moines, IA 50306-3517
515200974      +Wells Fargo Bank, NA,    Home Equity Group,    1 Home Campus MAC X2303-01A,
                 Des Moines, IA 50328-0001
515285865      +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
515061995      +Wells Fargo Home Equity,    PO Box 31557,    Billings, MT 59107-1557
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2016 22:54:41      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2016 22:54:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515073048      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 25 2016 23:33:28
                 Ascension Capital Group,    Attn: BMW Bank of North America Dept,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515071750      +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 25 2016 22:56:54
                 BMW Bank of North America,    5550 Britton Parkway,    Hilliard, OH 43026-7456
515310402       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 25 2016 22:56:54
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
515061989       E-mail/Text: mrdiscen@discover.com Jul 25 2016 22:53:49      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850-5316
515100893       E-mail/Text: mrdiscen@discover.com Jul 25 2016 22:53:49      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
515061990       E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2016 22:57:04      GECRB QVC,    PO Box 965018,
                 Orlando, FL 32896-5018
515061991       E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2016 22:56:45      Lowes GECRB,    PO Box 965005,
                 Orlando, FL 32896-5005
515208580       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2016 22:57:11
                 Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
515208545       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2016 22:57:30
                 Portfolio Recovery Associates, LLC,    c/o Lowes Visa Rewards,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 11
```

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 25, 2016
                              Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees
           by its Administrative Agency New Jersey Housing & Mortgage Finance Agency
           bankruptcynotice@zuckergoldberg.com,    dcarlon@zuckergoldberg.com
          Joshua I. Goldman    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees
           by its Administrative Agency New Jersey Housing & Mortgage Finance Agency
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Steven N. Taieb    on behalf of Debtor Joyce   Chambers staieb@comcast.net
                                                                                             TOTAL: 5
```