Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  Case No.: __14-29390__

JOYCE CHAMBERS  Judge: __CMG__

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          ☒ Discharge Sought

☐ Motions Included  ☐ Modified/No Notice Required       ☐ No Discharge Sought

Date: __7/21/16__

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ __2,400__ per __month__ to the Chapter 13 Trustee, starting on __8/1/16__ for approximately __38__ months. ($44,515 paid to date)

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

1

    c. Use of real property to satisfy plan obligations:

      ☐ Sale of real property
      Description:

      Proposed date for completion: _____

      ☐ Refinance of real property:
      Description:
      Proposed date for completion: _____

      ☐ Loan modification with respect to mortgage encumbering property:
      Description:
      Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| Steven N. Taieb, Esq. | Administrative Priority Counsel Claim | $800 |

**Part 4:    Secured Claims**

    **a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Cenlar | 100 Irick Road Westampton, NJ | $25,535.04 pre-petition<br><br>$9,778.82 post-petition | | $25,535.04 pre-petition<br><br>$9,778.82 post-petition | $2,686.67 |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan: Wells Fargo - current outside the plan on 2nd mortgage

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| BMW Financial | 2011 BMW 750 | Payoff of $12,255.03 |

## Part 5: Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _____100_____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

| Part 7: | Motions |
|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

   c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2)  Administrative Priority Claims
3)  Secured Claims
4)  Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:  Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____9/23/14_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Pursuant to Order Resolving Motion to Vacate Stay | Adding post-petition arrears into the Plan |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:** **Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 7/21/16                                             /s/Steven N. Taieb, Esquire
                                                          Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: _____                              /s/Joyce Chambers
                                                          Debtor

Date: _____                              _____
                                                          Joint Debtor

7

United States Bankruptcy Court
District of New Jersey

In re:  
Joyce Chambers  
    Debtor

Case No. 14-29390-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jul 25, 2016  
                  Form ID: pdf901    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2016.

```
db            +Joyce Chambers,   100 Irick Road,   Westampton, NJ 08060-3780
cr            +BMW Bank of North America,   Ascension Capital Group, Inc.,   PO Box 201347,
               Arlington, TX 76006-1347
515061983      American Expess,   PO Box 981537,   El Paso, TX 79998-1537
515178785      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515061984     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998-2235)
515137904     +BMW Bank of North America,   PO Box 23356,   Pittsburgh, PA 15222-6356
515311773     +BMW Bank of North America,   P.O. Box 201347,   Arlington, TX 76006-1347
515061986      BMW Group Financial,   PO Box 3608,   Dublin, OH 43016-0306
515061985     +Barclays Bank DE,   PO Box 8803,   Wilmington, DE 19899-8803
515061987      Cenlar Federal Savings,   425 Phillips Blvd,   Ewing, NJ 08618-1430
515061988      Comenity HSN,   PO Box 182120,   Columbus, OH 43218-2120
515272595      ECAST SETTLEMENT CORPORATION, ASSIGNEE,   OF CITIBANK, N.A.,   POB 29262,
               NEW YORK, NY 10087-9262
515082058     +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
515284427     +Police & Firemens Retirement System Board of Trust,   & Mortgage Finance Agency,   Cenlar FSB,
               425 Phillips Boulevard,   Ewing, NJ 08618-1430
515061992     +Sears CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
515061993      Universal  CBNA,   PO Box 6241,   Sioux Falls, SD 57117-6241
515061994      Wells Fargo,   PO Box 14517,   Des Moines, IA 50306-3517
515200974     +Wells Fargo Bank, NA,   Home Equity Group,   1 Home Campus MAC X2303-01A,
               Des Moines, IA 50328-0001
515285865     +Wells Fargo Card Services,   1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001
515061995     +Wells Fargo Home Equity,   PO Box 31557,   Billings, MT 59107-1557
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2016 22:54:41     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2016 22:54:35     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515073048     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 25 2016 23:33:28
               Ascension Capital Group,   Attn: BMW Bank of North America Dept,   P.O. Box 201347,
               Arlington, TX 76006-1347
515071750     +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 25 2016 22:56:57
               BMW Bank of North America,   5550 Britton Parkway,   Hilliard, OH 43026-7456
515310402      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 25 2016 22:56:55
               BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin, OH 43016
515061989      E-mail/Text: mrdiscen@discover.com Jul 25 2016 22:53:49     Discover Bank,   PO Box 15316,
               Wilmington, DE 19850-5316
515100893      E-mail/Text: mrdiscen@discover.com Jul 25 2016 22:53:49     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
515061990      E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2016 22:57:07     GECRB QVC,   PO Box 965018,
               Orlando, FL 32896-5018
515061991      E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2016 22:56:47     Lowes GECRB,   PO Box 965005,
               Orlando, FL 32896-5005
515208580      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2016 22:57:31
               Portfolio Recovery Associates, LLC,   c/o Lowes,   POB 41067,   Norfolk VA 23541
515208545      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2016 22:57:30
               Portfolio Recovery Associates, LLC,   c/o Lowes Visa Rewards,   POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 11
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jul 25, 2016
                              Form ID: pdf901          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees
               by its Administrative Agency New Jersey Housing & Mortgage Finance Agency
                bankruptcynotice@zuckergoldberg.com,   dcarlon@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees
               by its Administrative Agency New Jersey Housing & Mortgage Finance Agency
                jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Steven N. Taieb    on behalf of Debtor Joyce   Chambers staieb@comcast.net
                                                                                         TOTAL: 5
```