UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Police & Firemens Retirement System Board of Trustees by its Administrative Agency New Jersey Housing & Mortgage Financing Agency

In Re:
    Joyce Chambers,

Debtor.

Order Filed on August 31, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-29390-CMG

Adv. No.:

Hearing Date: 7/20/2016

Judge: Christine M. Gravelle

# AMENDED ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: August 31, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Joyce Chambers
Case No:  14-29390-CMG
Caption of Order:  AMENDED ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Police & Firemens Retirement System Board of Trustees by its Administrative Agency New Jersey Housing & Mortgage Financing Agency, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 100 Irick Road, Westhampton, NJ 08060, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven Taieb, Esquire, attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of July 1, 2016, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due April 2016 through July 2016 for a total post-petition default of $10,078.72 (4 @ $2,686.67, less suspense of $667.96); and

      It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make a payment of $4,000.00 directly to Secured Creditor no later than July 31, 2016; and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $6,078.72 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2016, directly to Secured Creditor's servicer, Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.