UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Police & Firemens Retirement System Board of Trustees by its Administrative Agency New Jersey Housing & Mortgage Financing Agency

Order Filed on August 31, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Joyce Chambers,

Debtor.

Case No.: 14-29390-CMG

Adv. No.:

Hearing Date: 7/20/2016

Judge: Christine M. Gravelle

## AMENDED ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: August 31, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Joyce Chambers
Case No:  14-29390-CMG
Caption of Order:  AMENDED ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

       This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Police & Firemens Retirement System Board of Trustees by its Administrative Agency New Jersey Housing & Mortgage Financing Agency, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 100 Irick Road, Westhampton, NJ 08060, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven Taieb, Esquire, attorney for Debtor, and for good cause having been shown

       It is **ORDERED, ADJUDGED and DECREED** that as of July 1, 2016, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due April 2016 through July 2016 for a total post-petition default of $10,078.72 (4 @ $2,686.67, less suspense of $667.96); and

       It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make a payment of $4,000.00 directly to Secured Creditor no later than July 31, 2016; and

       It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $6,078.72 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

       It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2016, directly to Secured Creditor's servicer, Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

       It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

       It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

       It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtor's Chapter 13 plan; and

       It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 14-29390-CMG
Joyce Chambers                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1            Date Rcvd: Aug 31, 2016
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2016.
db              +Joyce Chambers,    100 Irick Road,    Westampton, NJ 08060-3780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2016 at the address(es) listed below:
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
       Albert   Russo    docs@russotrustee.com
       Denise E. Carlon    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees by its Administrative Agency New Jersey Housing & Mortgage Finance Agency bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
       Joshua I. Goldman    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees by its Administrative Agency New Jersey Housing & Mortgage Finance Agency jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
       Steven N. Taieb    on behalf of Debtor Joyce   Chambers staieb@comcast.net
                                                                                         TOTAL: 5