UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN N. TAIEB,
Attorney at Law
BY___/s/Steven N. Taieb,Esquire_____
  Steven N. Taieb, ST8001
1155 Rt. 73, Suite 11
Mt. Laurel, NJ 08054
(856) 235-4994

Order Filed on November 10, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joyce Chambers

Case No.:    14-29390

Chapter:    13

Judge:    CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 10, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven N. Taieb, Esquire_____, the applicant, is allowed a fee of $ _____800_____ for services rendered and expenses in the amount of $_____ for a total of $_____800_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2