UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  JOYCE CHAMBERS

Case No.: 14-29390
Chapter: 13
Judge: CMG

## NOTICE OF PROPOSED PRIVATE SALE

_____Joyce Chambers_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on 12/7/16 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 3, 402 E. State Street, Trenton, NJ. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
110 Irick Road
Westampton, NJ 08060

Proposed Purchaser: Philip Hollar    Steven Hollar, Sr.

Sale price: $332,500

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Stefani Roach
Amount to be paid: 5.5%
Services rendered: Realtor

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: /s/Steven N. Taieb,Esquire

Address: 1155 Route 73, Suite 11, Mt. Laurel, NJ 08054

Telephone No.: (856)-235-4994

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-29390-CMG
Joyce Chambers                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Nov 14, 2016
                              Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
```
db            +Joyce Chambers,    100 Irick Road,    Westampton, NJ 08060-3780
cr            +BMW Bank of North America,    Ascension Capital Group, Inc.,    PO Box 201347,
                Arlington, TX 76006-1347
515061983      American Express,    PO Box 981537,    El Paso, TX 79998-1537
515178785      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515061984     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
515137904     +BMW Bank of North America,    PO Box 23356,    Pittsburgh, PA 15222-6356
515311773     +BMW Bank of North America,    P.O. Box 201347,    Arlington, TX 76006-1347
515061986      BMW Group Financial,    PO Box 3608,    Dublin, OH 43016-0306
515061985     +Barclays Bank DE,    PO Box 8803,    Wilmington, DE 19899-8803
515061987      Cenlar Federal Savings,    425 Phillips Blvd,    Ewing, NJ 08618-1430
515061988      Comenity HSN,    PO Box 182120,    Columbus, OH 43218-2120
515272595      ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                NEW YORK, NY 10087-9262
515082058     +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515284427     +Police & Firemens Retirement System Board of Trust,    & Mortgage Finance Agency,    Cenlar FSB,
                425 Phillips Boulevard,    Ewing, NJ 08618-1430
515061992     +Sears CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
515061993      Universal CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
515061994      Wells Fargo,    PO Box 14517,    Des Moines, IA 50306-3517
515200974     +Wells Fargo Bank, NA,    Home Equity Group,    1 Home Campus MAC X2303-01A,
                Des Moines, IA 50328-0001
515285865     +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
515061995     +Wells Fargo Home Equity,    PO Box 31557,    Billings, MT 59107-1557
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2016 21:59:09     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2016 21:59:08     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515073048     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 14 2016 21:57:33     Ascension Capital Group,
                Attn: BMW Bank of North America Dept,    P.O. Box 201347,    Arlington, TX 76006-1347
515071750     +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 14 2016 21:57:48
                BMW Bank of North America,    5550 Britton Parkway,    Hilliard, OH 43026-7456
515310402      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 14 2016 21:57:49
                BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
515061989      E-mail/Text: mrdiscen@discover.com Nov 14 2016 21:58:59     Discover Bank,    PO Box 15316,
                Wilmington, DE 19850-5316
515100893      E-mail/Text: mrdiscen@discover.com Nov 14 2016 21:58:59     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
515061990      E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2016 21:57:31     GECRB QVC,    PO Box 965018,
                Orlando, FL 32896-5018
515061991      E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2016 21:57:41     Lowes GECRB,    PO Box 965005,
                Orlando, FL 32896-5005
515208580      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2016 22:22:22
                Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
515208545      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2016 22:22:22
                Portfolio Recovery Associates, LLC,    c/o Lowes Visa Rewards,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Nov 14, 2016
                              Form ID: pdf905          Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees
           by its Administrative Agency New Jersey Housing & Mortgage Finance Agency
            bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees
           by its Administrative Agency New Jersey Housing & Mortgage Finance Agency
            jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Steven N. Taieb    on behalf of Debtor Joyce   Chambers staieb@comcast.net
                                                                                            TOTAL: 5
```