Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−29390−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joyce Chambers
   100 Irick Road
   Westampton, NJ 08060

Social Security No.:
   xxx−xx−2426

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 18, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 61 − 55
Order Granting Application to Employ Stefani Roach as Realtor(Related Doc # 55). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/18/2016. (bwj)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 18, 2016
JJW: bwj

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-29390-CMG
Joyce Chambers                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 18, 2016
                    Form ID: orderntc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.
r           +Stefani Roach,    ReMax Home Experts II,    1136 Route 73, South,    Mt. Laurel, NJ 08054-5112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
      Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
      Albert    Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees
     by its Administrative Agency New Jersey Housing & Mortgage Finance Agency
     bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees
     by its Administrative Agency New Jersey Housing & Mortgage Finance Agency
     jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Steven N. Taieb    on behalf of Debtor Joyce    Chambers staieb@comcast.net
                                                                             TOTAL: 5