Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                      Case No.:  14−29390−CMG
                                      Chapter:  13
                                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joyce Chambers
   100 Irick Road
   Westampton, NJ 08060

Social Security No.:
   xxx−xx−2426

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on N/A.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 17, 2017
JAN: bwj

                                                                                          Jeanne Naughton
                                                                                          Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 14-29390-CMG
Joyce Chambers                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Feb 17, 2017
                              Form ID: 148             Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
```
db             +Joyce Chambers,    100 Irick Road,    Westampton, NJ 08060-3780
cr             +BMW Bank of North America,    Ascension Capital Group, Inc.,    PO Box 201347,
                 Arlington, TX 76006-1347
r              +Stefani Roach,    ReMax Home Experts II,    1136 Route 73, South,    Mt. Laurel, NJ 08054-5112
515137904      +BMW Bank of North America,    PO Box 23356,    Pittsburgh, PA 15222-6356
515311773      +BMW Bank of North America,    P.O. Box 201347,    Arlington, TX 76006-1347
515061986       BMW Group Financial,    PO Box 3608,    Dublin, OH 43016-0306
515061987       Cenlar Federal Savings,    425 Phillips Blvd,    Ewing, NJ 08618-1430
515082058      +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515284427      +Police & Firemens Retirement System Board of Trust,    & Mortgage Finance Agency,    Cenlar FSB,
                 425 Phillips Boulevard,    Ewing, NJ 08618-1430
515061992      +Sears CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
515061993       Universal  CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 17 2017 23:56:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 17 2017 23:56:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515061983       EDI: AMEREXPR.COM Feb 17 2017 23:33:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
515178785       EDI: BECKLEE.COM Feb 17 2017 23:33:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515073048      +EDI: AISACG.COM Feb 17 2017 23:33:00      Ascension Capital Group,
                 Attn: BMW Bank of North America Dept,    P.O. Box 201347,    Arlington, TX 76006-1347
515061984       EDI: BANKAMER.COM Feb 17 2017 23:33:00      Bank of America,    PO Box 982235,
                 El Paso, TX 79998-2235
515071750      +EDI: BMW.COM Feb 17 2017 23:33:00      BMW Bank of North America,    5550 Britton Parkway,
                 Hilliard, OH 43026-7456
515310402       EDI: BMW.COM Feb 17 2017 23:33:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                 Dublin, OH 43016
515061985      +EDI: TSYS2.COM Feb 17 2017 23:33:00      Barclays Bank DE,    PO Box 8803,
                 Wilmington, DE 19899-8803
515061988       EDI: WFNNB.COM Feb 17 2017 23:33:00      Comenity HSN,    PO Box 182120,
                 Columbus, OH 43218-2120
515061989       EDI: DISCOVER.COM Feb 17 2017 23:33:00      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850-5316
515100893       EDI: DISCOVER.COM Feb 17 2017 23:33:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
515272595       EDI: ECAST.COM Feb 17 2017 23:33:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                 OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
515061990       EDI: RMSC.COM Feb 17 2017 23:33:00      GECRB QVC,    PO Box 965018,    Orlando, FL 32896-5018
515061991       EDI: RMSC.COM Feb 17 2017 23:33:00      Lowes GECRB,    PO Box 965005,    Orlando, FL 32896-5005
515208580       EDI: PRA.COM Feb 17 2017 23:33:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
515208545       EDI: PRA.COM Feb 17 2017 23:33:00      Portfolio Recovery Associates, LLC,
                 c/o Lowes Visa Rewards,    POB 41067,    Norfolk VA 23541
515061994       EDI: WFFC.COM Feb 17 2017 23:33:00      Wells Fargo,    PO Box 14517,    Des Moines, IA 50306-3517
515200974      +EDI: WFFC.COM Feb 17 2017 23:33:00      Wells Fargo Bank, NA,    Home Equity Group,
                 1 Home Campus MAC X2303-01A,    Des Moines, IA 50328-0001
515285865      +EDI: WFFC.COM Feb 17 2017 23:33:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
515061995      +EDI: WFFC.COM Feb 17 2017 23:33:00      Wells Fargo Home Equity,    PO Box 31557,
                 Billings, MT 59107-1557
                                                                                              TOTAL: 21
```

```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Feb 17, 2017
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees
               by its Administrative Agency New Jersey Housing & Mortgage Finance Agency
                bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees
               by its Administrative Agency New Jersey Housing & Mortgage Finance Agency
                jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Steven N. Taieb   on behalf of Debtor Joyce   Chambers staieb@comcast.net
                                                                                              TOTAL: 5
```